UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00076-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANIEL TURNER,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on the government's Motion for Extension of Time. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Extension of Time (#41) is GRANTED, and the government is allowed an additional 30 days within which to submit its motion and brief concerning restitution.

Signed: September 24, 2013

Max O. Cogburn Jr.
United States District Judge